JESSE MILES, TRUSTEE *v.* DANIEL A. FOLEY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 54 Conn. App. 645 (AC 17418), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the plaintiff was not entitled to a judgment of mandamus that the defendant commission approve the plaintiff's subdivision?"

MCDONALD, C. J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16210.

*Robert A. Fuller*, in support of the petition.

*Michael J. Cacace, Ronald E. Kowalski II* and *Aamina Ahmad*, in opposition.

Decided November 30, 1999